IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

| KURT KRENZ, | |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| TATE ZURBUCHEN, *et al.*, | 16-cv-838-jdp |
| Defendants. | |

---

| KURT KRENZ, | |
|---|---|
| Plaintiff, | ORDER |
| v. | 17-cv-2-jdp |
| JEFF WILSON, *et al.*, | |
| Defendants. | |

---

In December 2016 and January 2017, pro se plaintiff Kurt Krenz filed the two lawsuits captioned above. The court granted him leave to proceed in February and March, 2017, then the defendants answered, and on April 21, 2017, the clerk of court set May 16, 2017 as the date for two telephonic preliminary pretrial conferences and directed plaintiff to call the court at the provided telephone number. On the appointed date at the appointed time, lawyers for the defendants called in, but plaintiff did not. The court attempted to reach plaintiff but was unsuccessful. As a result, the court set the schedules for both of these cases and has issued preliminary pretrial conference orders without the plaintiff's input.

It is now May 23, 2017, and the court has not heard from plaintiff in any fashion. It is up to plaintiff, as the party who filed these lawsuits, to stay on top of them. Not later than June 2, 2017, plaintiff must submit a letter to the court reporting whether he intends to pursue these lawsuits. If plaintiff does not timely alert the court that intends to go forward, then it is likely the court will dismiss these lawsuits for plaintiff's failure to prosecute them.

Entered this 23rd day of May, 2017.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge