IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

KURT KRENZ,

    Plaintiff,

v.

TATE ZURBUCHEN et al.,

    Defendants.

ORDER

16-cv-838-jdp

---

KURT KRENZ,

    Plaintiff,

v.

JEFF WILSON et al.,

    Defendants.

ORDER

17-cv-2-jdp

---

In a May 23, 2017 order, the court gave plaintiff Kurt Krenz until June 2, 2017, to submit a letter to the court reporting whether he intends to pursue these lawsuits. Dkt. 23. Krenz was warned that if he failed to respond to the May 23 order, then the court would likely dismiss these cases with prejudice for his failure to prosecute them. It is now June 13, 2017, and Krenz has not filed a response to the order or otherwise contacted the court. Accordingly, these cases are dismissed without prejudice to Krenz's refiling them.

ORDER

IT IS ORDERED that plaintiff Kurt Krenz's complaint in each of the above cases is DISMISSED without prejudice for his failure to prosecute them. The clerk of court is directed to close these cases.

Entered June 13, 2017.

BY THE COURT:

/s/

_____

JAMES D. PETERSON
District Judge