IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

KURT KRENZ,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

Case No. 16-cv-838-jdp

TATE ZURBUCHEN,
HEATHER MARIE WOLSKE,
CHAD DACHEL, JAMES HAWORTH,
JOHN GUNDERSON, MELISSA SOMERS,
JACKIE O'BRYAN, DANIEL PETERSON,
EAU CLAIRE COUNTY, and
CITY-COUNTY HEALTH DEPARTMENT,

    Defendants.

---

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

(1) dismissing Daniel Peterson, Eau Claire County, and the City-County Health Department for failure to state a claim upon which relief can be granted; and

(2) dismissing this case without prejudice for plaintiff Kurt Krenz's failure to prosecute it.

| | |
|---|---|
| /s/ | 6/13/2017 |
| Peter Oppeneer, Clerk of Court | Date |